125 A.3d 407

Alycia **LANE**

**v.**

**CBS BROADCASTING INC.,** Michael
Colleran, and Lawrence Mendte.

**Petition of Lawrence Mendte.**

**Alycia Lane**

**v.**

**CBS Broadcasting Inc., Michael Colleran,
and Lawrence Mendte, Defendant.**

**Petition of Lawrence Mendte.**

Supreme Court of Pennsylvania.

Nov. 4, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 4th day of November, 2015, Lawrence
Mendte's Petition to Join in Allowance of Appeal Out of Time
is **DENIED.**